FILED

JAN 25 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PLAINTIFF, JOHN LAAKE, | ) | Case No. __W18CA024__ |
| | ) | |
| vs. | ) | Amount Claimed: $200,000 |
| | ) | |
| DEFENDANT, JOHN G. BINNICKER. | ) | Return Date: _____ |
| | ) | |
| | ) | DEMAND FOR JURY TRIAL |

## COMPLAINT

NOW COMES the Plaintiff, JOHN LAAKE, Pro Se herein, and for his complaint against JOHN G. BINNICKER, under 28 U.S. Code § 4101(1) pertaining to slander, libel and defamation, states as follows:

### I. PARTIES

1. John Laake, Plaintiff, is a resident of the county of Kane, within Illinois.

2. John G. Binnicker, Defendant, may be served at the following address:

   4674 Highway 144, Walnut Springs, TX 76690.

### II. JURISDICTION AND VENUE

3. This cause in controversy is within the jurisdictional limits of this Court, and venue is proper as the cause of action arose in the district of this Court within Texas.

### III. FACTS AND CAUSES OF ACTION

**A. Defamation Per Se**

4. This is regarding false, baseless accusations which has been fabricated by Defendant Binnicker against Plaintiff Laake. Plaintiff has been slandered multiple times by the Defendant in violation of 28 U.S. Code § 4101(1).

The following events occurred in violation of the law:

5. In January 2017, Defendant Binnicker communicated with a person named Sean Bogart and made baseless defaming statements against Plaintiff Laake via text. Mr. Bogart, who is an acquaintance of Plaintiff Laake then contacted Plaintiff Laake on January 31, 2017 and advised him about the offensive texts, and forwarded them to him on February 8, 2017. Those text messages between Defendant Binnicker and Mr. Bogart are attached hereto as **Exhibit A**.

6. As shown in the attached text string provided to Plaintiff by Mr. Bogart, which are more specifically, Defendant Binnicker's messages to Mr. Bogart that state, in part:

> **". . . I called him [Plaintiff Laake] a child molester"**
>
> **"Told Ashley mom he [Plaintiff Laake] is on a sex offender list"**

7. It is self-evident upon their face that these texts of Defendant Binnicker extremely disparaged, defamed and slandered the Plaintiff.

8. Defendant Binnicker, by his slander and defamation per se, has harmed Plaintiff Laake's reputation and Plaintiff's self-employed business. Defendant Binnicker has lied repeatedly to other people prior to this about Plaintiff Laake verbally and in writing on social media. Plaintiff Laake has another lawsuit pending against Defendant Binnicker in the Justice of the Peace Court in Tarrant County, Case No. SC-8668 pertaining to highly egregious slander made by Defendant against the Plaintiff. Since that lawsuit was filed, the Plaintiff became aware of further highly egregious slander made against him by Defendant Binnicker in the form of the aforesaid text messages to Sean Bogart. That is now the topic of *this* lawsuit.

9. Plaintiff Laake runs a tarot/psychic freelance business. Plaintiff lost clients through the baseless actions of Defendant. Defendant has damaged Plaintiff's livelihood by his false and slanderous accusations. The loss in earnings and reputation of Plaintiff Laake is inestimable. As

shown in the U.S. Department of Justice National Sex Offender database, Plaintiff Laake is ***not in the federal sex-offender database.*** **(Exhibit B).**

10. Plaintiff Laake is extremely perplexed by the actions on the part of Defendant Binnicker. Plaintiff Laake has no idea why such lies have been spread against him by Defendant Binnicker.

11. Not only is Defendant's slander activity offensive, reprehensible, heinous and egregious, ***it is illegal, wrong and punishable by law.*** The Texas Constitution states in Article 1, Section 8 that every person is responsible for the *abuse* of their liberty to speak and write.

12. Furthermore, the Texas Constitution states in Article 1, Section 13:

> All courts shall be open, and every person for an **injury done him**, in his lands, goods, person **or reputation, shall have remedy by due course of law**.

(Tex. Const. art. I § 13) [emphasis added].

13. Plaintiff Laake is most definitely entitled to a just remedy at law for the utterly false and extremely egregious accusations and slander abuse that Defendant Binnicker has libeled him with, and for the damage that Defendant Binnicker has inflicted upon Plaintiff Laake by his slander and complete falsities.

14. In the case of *Joseph E. Hancock v. Easwaran P. Variyam*, which went to the Texas Supreme Court (Case No. 11-0772), a physician sued another physician for spreading libel against him, and for harming his business and reputation, by sending letters to his colleagues and other people, accusing him of lacking veracity and lying. The physician who was harmed by the libel was awarded $90,000 by the court in actual damages for mental anguish and loss of reputation, and another $85,000 in exemplary damages. Clearly, the court took this case very seriously, indeed.

15. In the instant case, Plaintiff Laake's business is also being harmed, in addition to his reputation being damaged by Defendant Binnicker's slanders, resulting in significant economic

loss to Plaintiff Laake. Plaintiff Laake is further entitled to recover special damages from Defendant Binnicker for his losses. The actual economic loss to Plaintiff Laake by Defendant Binnicker's libel is inestimable. It is impossible to know the actual definitive monetary damage that Defendant's lies and slander have caused Plaintiff Laake.

16. The extreme emotional and mental trauma and resultant damages inflicted upon the Plaintiff by the Defendant's libel and slander are not easily quantified.

17. A statement is considered to be defamatory if it is found to "harm the reputation of another as to lower him in the estimation of the community or to deter third persons from associating or dealing with him." (Restatement of Torts (2D) § 559 (1977)).

18. Defendant Binnicker's slanderous activity against Plaintiff Laake amounts to ***defamation per se***. A statement constitutes defamation per se if it "injures a person in his office, profession, or occupation." (*Tex. Disposal Sys. Landfill, Inc. v. Waste Mgmt. Holdings, Inc.*, 219 S.W.3d 563, 581 (Tex.App.-Austin 2007)). Clearly, Defendant Binnicker has, in the same way, defamed Plaintiff Laake through the slanders he has fabricated and spread against the Plaintiff.

19. Plaintiff cannot begin to truly fathom why the Defendant would fabricate such heinous falsities and outright lies against him.

## IV. REQUEST FOR RELIEF

WHEREFORE, Plaintiff Laake hereby respectfully petitions this honorable court and seeks herein a remedy for damages in the amount of $200,000 for the punitive, exemplary, and special damages which equal the trauma, loss of reputation, anguish and extreme mental and emotional distress that Defendant Binnicker's slanders and defamation has caused against and inflicted upon Plaintiff Laake.

Date: January 23, 2018                           Respectfully submitted,

_____
John Laake, Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Ph: (708) 352-0424
Email: wolfloki@yahoo.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PLAINTIFF, JOHN LAAKE, | ) Case No. _____ |
| | ) |
| vs. | ) Amount Claimed: $200,000 |
| | ) |
| DEFENDANT, JOHN G. BINNICKER. | ) Return Date: _____ |
| | ) |
| | ) |
| | ) DEMAND FOR JURY TRIAL |

## JURY DEMAND

Plaintiff demands trial by jury.

_____
John Laake

# Exhibit A

**John Binnicker**

 I got a email from Laake lol.. he wants to sue me lol

 I told him to go have intercourse with himself. Lol

 Why

 Because I called him a child molester

 Oh shit

 Lol good luck to him

 When was this

 Dec

 He won't sue and if he did he couldn't win

Write a message...

## John Binnicker
Active 26 minutes ago

  

> Cheap punk, he hides behind fb


> But lots of luck to him! It's a bitch finding me in Stephens Co

> How do you sue someone over that

> It's not public


> Can't, and he will need to pay a constable to serve me and a attorney to take his case. Lol it ain't happenin

> What is this all over

 0:19


> Told Ashley mom he is on a sex offender list

 0:21

      

 Write a message...    

# Exhibit B

# National Sex Offender Search Results

13 records from a national search including all states, territories and Indian Country for First Name like *John*, Last Name like *Laake*

Search performed 4/16/2017 6:06 PM EDT

| Offender | Age | Aliases | Address |
|---|---|---|---|
| ESTRADA, DAMON | | | - N/A<br>N/A, N/A<br>N/A<br>PRIMARY |
| HASKINS, JAMES WILLIE | | | - N/A<br>N/A, N/A<br>N/A<br>PRIMARY |
| LACY, JOHN RUSSELL | | | - N/A<br>WILLIAMSTON, NC  27892<br>MARTIN<br>PRIMARY |
| LAUCUS, JAMES JOHN JR | | | - N/A<br>N/A, N/A<br>N/A<br>PRIMARY |

| Offender | Age | Aliases | Address |
|---|---|---|---|
| LEACH, JOHN THOMAS | | | - N/A<br>SPENCER, NC  28159<br>ROWAN<br>PRIMARY |
| LOCK, JOHN WAYNE JR | | | - N/A<br>N/A, N/A<br>N/A<br>PRIMARY |
| LOCKE, JOHN DAVIS | | | - N/A<br>N/A, N/A<br>N/A<br>PRIMARY |
| LOUCKS, JAMES KENNETH | | | - N/A<br>N/A, N/A<br>N/A<br>PRIMARY |
| LUCAS, EUSEBIO | | | - N/A<br>N/A, N/A<br>N/A<br>PRIMARY |

| Offender | Age | Aliases | Address |
|---|---|---|---|
| LUCAS, JOHN LEE | | | - N/A<br>RALEIGH, NC 27604<br>WAKE<br>PRIMARY |
| LUCAS, JOHNNY EDWARD JR | | | - N/A<br>CLINTON, NC 28328<br>SAMPSON<br>PRIMARY |
| LUCE, JAMES WESLEY | | | - N/A<br>N/A, N/A<br>N/A<br>PRIMARY |
| LUCIO, JUAN RAUL | | | - N/A<br>N/A, N/A<br>N/A<br>PRIMARY |



January 23, 2018

Clerk of the Court
U.S. District Clerk's Office
800 Franklin Ave., Room 380
Waco, Texas 76701

    **Re:** *John Laake vs. John G. Binnicker*

Dear Clerk,

    Please file the enclosed documents:

1. Summons;

2. Civil Cover Sheet;

3. Complaint; and

4. Application to proceed informa pauperis.

Please return stamped copies to me in the enclosed envelope.

Thank you very much.

                  Sincerely,

                  John Laake
                  469 Grand Avenue
                  Aurora, IL  60506
                  Ph: (708) 352-0424
                  Email: wolfloki@yahoo.com

Encls.

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS<br>JOHN LAAKE | DEFENDANTS<br>JOHN G. BINNICKER |
|---|---|
| (b) County of Residence of First Listed Plaintiff **Kane**<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant **Bosque**<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>John Laake, Pro Se Plaintiff<br>469 Grand Ave.<br>Aurora, IL 60506 | Attorneys *(If Known)*<br>**W18CA024** |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**28 U.S. Code § 4101(1) Defamation**
Brief description of cause:
**Plaintiff seeks remuneration for damages caused by Defendant's libel and slander.**

## VII. REQUESTED IN COMPLAINT:

- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ **200,000.00**
- CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 01/23/2018
SIGNATURE OF ATTORNEY OF RECORD: *John Laake - PRO-SE*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UPS shipping label

Return address (inverted):
P: 1111 S: BBBB
EARL - 1009
1Z V7 0955 01 3496 7287
U S DISTRICT CLERKS OFFICE
RM 380
800 FRANKLIN AVE
WACO TX 76701-1936

JOHN LAAKE
(312) 437-8900
THE UPS STORE #3878
27 N WACKER DR
CHICAGO IL 60606-2814

0.8 LBS          LTR 1 0
SHP WT: 1 LBS
DATE: 24 JAN 2018

SHIP  CLERK OF THE COURT
TO:   U.S. DISTRICT CLERKS OFFICE
      RM 380
      800 FRANKLIN AVE

      WACO TX 76701-1934

TX 767 0-12

UPS NEXT DAY AIR
TRACKING #: 1Z V70 955 01 3496 7287   1

BILLING: P/P

ISH 13.00N ZZP 450 96.5V 01/2018

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0118

upsstore.com or call 1-800-PICK-UPS® (1-800-742-5877)
a location near you.

Shipments
y for the Letter rate, UPS Express Envelopes may only contain
ndence, urgent documents, and/or electronic media, and must
oz. or less. UPS Express Envelopes containing items other than
ed or weighing more than 8 oz. will be billed by weight.

nal Shipments
Express Envelope may be used only for d
tain countries consider electronic medi
importexport to verify if your shipment
for the Letter rate, the UPS Express Env
ss Envelopes weighing more than 8 oz.

ss Envelopes are not recommended fo
sensitive personal information or break
valent.

UPS®
United Parcel Service
Serving you for more than 100 years
United Parcel Service.

ing Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709  07/15  United Parcel Service